UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES C. WINDING | CIVIL ACTION |
| VERSUS | |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, ET AL. | NO. 25-00637-BAJ-RLB |

RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 5, the "Report")** recommending that the Court dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 5 at 7).

The Magistrate Judge recommends dismissal for two reasons. First, Plaintiff has a long history of repetitious filings challenging his criminal convictions. (*Id.* at 3). The United States Court of Appeals for the Fifth Circuit has warned Plaintiff several times to cease filing these repetitious claims and has imposed sanctions on Plaintiff. (*Id.*). Plaintiff has failed to pay the sanctions imposed by the Circuit, and as such, the Magistrate Judge emphasized that Plaintiff is barred from filing the instant suit. (*Id.* at 4). Second, even if Plaintiff was not barred from filing the instant suit, the Magistrate Judge found that his claims have no merit. (*Id.*).

Plaintiff objects to the Report, raising issues pertaining to the propriety of his underlying criminal convictions. (Doc. 6; Doc 7). Plaintiff also asks this Court to disregard the Fifth Circuit's sanctions "in the interest of justice as [Plaintiff] has

provided this Honorable Court with clearly undisputed evidence that his conviction and sentence are based upon a (void ab initio) Indictment and charge[.]" (Doc. 6 at 5).

The Fifth Circuit's April 18, 2025 Order to Plaintiff emphasizes the following:

> Winding has disregarded this court's previous warnings and has remained undeterred by the monetary sanctions of $100, $200, and $500 previously imposed by this court for his continued filing of frivolous, repetitive, or otherwise abusive motions challenging his convictions and sentences. Accordingly, Winding is ORDERED to pay an additional sanction of $1,000 to the clerk of this court, *and he is specifically BARRED from filing, in this court or in any court subject to this court's jurisdiction, any pleading based, in whole or in part, on his kidnapping and sexual battery convictions and sentences until the sanction is satisfied. In the event that Winding satisfies the $1,000 sanction, he shall remain BARRED from filing, in this court or in any court subject to this court's jurisdiction, any pleading based, in whole or in part, on his kidnapping and sexual battery convictions and sentences, unless he first obtains leave of the court in which he seeks to file such challenge.*
>
> Moreover, Winding is again WARNED that he should review any pending complaints, motions, and appeals and withdraw any that are frivolous or repetitive, and that failure to withdraw any frivolous or repetitive proceedings could result in the imposition of additional monetary sanctions. Finally, Winding is WARNED that filing any frivolous or repetitive pleading or challenge to his kidnapping and sexual battery convictions and sentences, in this court or any court subject to this court's jurisdiction, will subject him to additional and progressively more severe sanctions.

(Circuit Case No. 25-90004, Doc. 16-2 (emphasis added)).

The record before the Court does not indicate that Plaintiff has paid the sanctions imposed by the Circuit. Even if he has paid the sanctions, Plaintiff has not sought leave to file the instant case as ordered by the Circuit. This Court may not disregard the Circuit's Orders, as Circuit precedent is binding on this Court. *See, e.g., Jett Racing & Sales, Inc. v. Transamerica Com. Fin. Corp.*, 892 F. Supp. 161, 163

(S.D. Tex. 1995) ("That proposition, however, must be addressed to the Fifth Circuit Court of Appeals, the decisions of which are binding on this Court.").

After considering Plaintiff's Complaint (Doc. 1), the Report (Doc. 5), and Plaintiff's Objections to same (Doc. 6; Doc. 7), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Amend Objection to Report and Recommendation (Doc. 7)** is **GRANTED**. The Court has considered Plaintiff's Amended Objection to the Report in issuing the instant Ruling and Order. (Doc. 7).

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A

Judgment will be entered separately.

Baton Rouge, Louisiana, this 30th day of January, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**